*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-10-00825-CR

Roel **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 1995CR6344
Honorable Pat Priest, Judge Presiding

Opinion by:　Catherine Stone, Chief Justice

Sitting:　　　Catherine Stone, Chief Justice
　　　　　　　Phylis J. Speedlin, Justice
　　　　　　　Marialyn Barnard, Justice

Delivered and Filed:　September 14, 2011

AFFIRMED

Based on Roel Cantu's plea of true to violating the terms of his community supervision, the trial court revoked Cantu's community supervision and sentenced him to one year in the state jail. Cantu's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided Cantu with a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86

(Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Cantu filed a *pro se* brief asserting numerous issues, including issues pertaining to due process, his probation conditions, the trial court's jurisdiction, and ineffective assistance of counsel.

After reviewing the record, counsel's brief, and Cantu's *pro se* brief, we agree that the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005) (noting court of appeals should not address merits of issues raised in an *Anders* brief or a *pro se* response but should only determine if the appeal is frivolous). The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Cantu wish to seek further review of this case by the Texas Court of Criminal Appeals, Cantu must either retain an attorney to file a petition for discretionary review or Cantu must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH